UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**SCOTT W. ATWAY,**

    **Defendant.**

Case No. 2:17-cr-240
Chief Judge Edmund A. Sargus, Jr.

## ORDER

On October 2, 2018, the Court held a hearing on Defendant Scott Atway's Motion to Withdraw Guilty Plea. (ECF No. 36.) For the reasons stated on the record during that hearing, Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

10-3-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE